| CRIMINAL COMPLAINT | ___ FILED ___ LODGED |
| --- | --- |
| **United States District Court** DISTRICT of ARIZONA | ___ RECEIVED ___ COPY |
| United States of America v. ROY LEE BROWN Date of Birth: 1970 Citizen of the United States of America | DOCKET NO. JUN -9, 2009 CLERK U S DISTRICT COURT MAGISTRATE'S CASE NO. DISTRICT OF ARIZONA BY _____ DEPUTY 09-04857M |

Complaint for violation of Title  18   United States Code §  111

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

That on or about June 2, 2009, at or near Benson, in the District of Arizona, the defendant, ROY LEE BROWN, assaulted Joey S. Cota, a United States Postal Service Clerk, with a knife, while Clerk Cota was working at the retail counter at the Benson United States Post Office, and thereby did intimidate and interfere with a person designated in Title 18, United States Code, section 1114, while engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On June 1, 2009, Roy Lee Brown, a postal customer, came to the Benson Post Office (PO) to obtain his social security disability check from his PO Box. The check was not there. Brown complained to the window clerks about not getting his check and then left the PO.

The following day, June 2, 2009, Mr. Brown returned to the PO and entered the retail area. He walked up to the retail station of Joey Cota, Retail Clerk, and stated, "I'm going to kill you, you SOB, you fucker." He then drew out a long knife, approximately 14 - 18 inches long, and made several attempts to slash and stab Mr. Cota. Mr. Cota stepped back from the counter and avoided being stabbed. Another retail clerk (Marilyn Brown) told Mr. Cota, "You better leave. I'm calling 911." Mr. Brown then left the PO.

The Benson Police and Cochise Sheriff Deputies immediately responded. Mr. Brown was located a short distance from the post office. He was banishing a long knife in one hand and a meat clever in the other. Police were able to talk Mr. Brown into dropping his weapons and he was arrested.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Recommend Detention | SIGNATURE OF COMPLAINANT (official title) |
| --- | --- |
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. Authorized by AUSA W. Kleindienst | OFFICIAL TITLE A. A. Anderson U.S. Postal Inspector |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE June 9, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54